**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Hassane BARRY | ) ) ) ) ) | C.A. No. 26-10271 |
| Petitioner, | ) ) | |
| v. | ) ) ) | **PETITION FOR WRIT OF HABEAS CORPUS** |
| PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Field Office, TODD LYONS, Acting Director, U.S. Immigration and. Customs Enforcement, and KRISTI NOEM, Secretary of U.S. Department of Homeland Security, | ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

This is a petition for a writ of habeas corpus filed on behalf of Petitioner, Hassane Barry, seeking relief to prevent his transfer out of the Commonwealth of Massachusetts. Respondents are detaining Petitioner pending removal proceedings at the Chelmsford, MA Immigration Court.

## STATEMENT OF FACTS

1. Petitioner, Hassane Barry is a 38 year-old Guinean national who has resided in the United States since in or around September, 2023. He resides here with his wife and their one-month old child.

2. Petitioner is presently in the custody of U.S. Immigration Customs and Enforcement ("ICE") at the Immigration and Customs Enforcement Field Office in Burlington, at 1000 District Ave., Burlington, MA 01803.

3. ICE detained Petitioner on January 21, 2026. Petitioner was in a parking lot near a Hannaford's in Portland, when he was pulled over by ICE. His wife and infant were in the car. Petitioner told ICE agents that the infant was in the car, and ICE proceed to shatter his car window, remove Petitioner and arrest him.

4. At some point after Petitioner's arrest yesterday, he contacted his wife via phone and told her that he was being transported to Massachusetts.  The ICE detainee locator website does not reflect a current location for Petitioner; it instructs us to call the local ICE field office and provides the Boston, MA ICE Field Office phone number.

5. Petitioner has no known criminal history and has a pending asylum application, timely filed within one year of his arrival in the United States.

6. Transferring Petitioner outside of Massachusetts would infringe on his due process rights by impacting counsel's ability to represent him effectively in bond and removal proceedings before the Immigration Court.

## JURISDICTION AND VENUE

7. This Court has jurisdiction pursuant to 28 U.S.C. § 2241.

8. Venue lies in the District of Massachusetts, the judicial district where, on information and belief, the Petitioner is currently detained.

## PARTIES

9. Petitioner is a citizen and national of Guinea.  Prior to his detention, he resided in Maine.  He is now detained in Massachusetts.

10. Respondent Patricia Hyde, and other Respondents of their agents, are the Petitioner's immediate custodians.

## CLAIM FOR RELIEF

## VIOLATION OF FIFTH AMENDMENT RIGHT TO DUE PROCESS

11. Petitioner's detention violates his right to substantive and procedural due process guaranteed by the Fifth Amendment to the U.S. Constitution. The substantive component of the Due Process Clause of the Fifth Amendment to the United States Constitution protects Petitioner's liberty interests. Petitioner has a substantive liberty interest in remaining in the U.S., and specifically in Massachusetts, where he can continue to pursue his asylum case within the jurisdiction of the Chelmsford Immigration Court.

12. The procedural component of the Due Process Clause of the Fifth Amendment to the United States Constitution prevents the Respondents from depriving Petitioner of liberty without procedural protections.

## PRAYER FOR RELIEF

Wherefore, Petitioner asks this Court to GRANT the following relief:

1. Assume jurisdiction over this matter;

2. Issue an order that Petitioner not be removed from Massachusetts pending the adjudication of writ;

3. Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

4. Issue a writ of habeas corpus ordering Respondents to release Petitioner on his own recognizance or under parole, a low bond, or reasonable conditions of supervision;

5. Grant any other relief which this Court deems just and proper.

Respectfully submitted,

January 22, 2026                    **PETITIONER HASSANE BARRY,**

By his attorney,

Robin N. Nice

McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA  02108
617-702-8921 (phone)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on January 22, 2026.


_____/s/ Robin Nice__

Robin Nice